**STATE of Missouri ex rel. CITY OF SULLIVAN, Plaintiff/Appellant,**

v.

**Roy L. CARROLL, et al., Exceptions of Steven Kempke and Richard Kempke, Defendants/Respondents.**

No. 69807.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 21, 1998.

David L. Hoven, Vincent & Hoven, P.C., Matthew A. Schroeder, Union, for appellant.

Steven L. Leonard, Leonard & Lenze, P.C., Clayton, for respondents.

Before CRANE, P.J., and RHODES RUSSELL and JAMES R. DOWD, JJ.

*ORDER*

PER CURIAM.

The City of Sullivan appeals from a judgment entered on a jury verdict in a condemnation case. We affirm.

The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976). An opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, set-